UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

HENRY TUCKER,

                      Plaintiff,                      *Civil Action No.*

    -against-                                    1:22-cv-1746-CM

SEA EAGLE BOATS, INC.,
                     Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

     PLEASE TAKE NOTICE that Plaintiff, HENRY TUCKER and Defendant SEA EAGLE BOATS, INC. hereby notify this Honorable Court that settlement has been reached in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

     Dated: June 15, 2022

                                                                    By:_____
                                                                    Bradly G. Marks
                                                                    The Marks Law Firm, PC
                                                                    155 E 55th Street, Suite 6A
                                                                    New York, NY 10022
                                                                     T:(646) 770-3775